UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARISSA WHIPPLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON CONSUMER INC., d/b/a OGX BEAUTY,<br><br>Defendant. | Honorable Freda L. Wolfson, U.S.D.J.<br><br>Civil Action No.: 3:21-cv-19830<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Larissa Whipple, and Defendant Johnson & Johnson Consumer Inc. by and through their undersigned counsel, hereby stipulate that this action is dismissed with prejudice. All parties shall bear their own attorneys' fees, costs, and expenses and waive all rights of appeal.

Dated:  March 22, 2022

| **CARLTON FIELDS, P.A.** | **SHUB LAW FIRM, LLC** |
|---|---|
| By:  */s/ Kenneth J. Cesta*<br>       Kenneth J. Cesta | By:  */s/ Jonathan Shub*<br>       Jonathan Shub |
| 180 Park Avenue, Suite 106<br>Florham Park, New Jersey 07932-1054<br>Telephone: (973) 828-2600<br>kcesta@carltonfields.com | 134 Kings Highway East, 2nd Floor<br>Haddonfield, New Jersey 08033<br>Telephone: (856) 772-7200<br>gmb@cglaw.com |
| *Attorneys for Defendant*<br>*Johnson & Johnson Consumer Inc.* | *Attorneys for Plaintiff*<br>*Larissa Whipple* |

**CARLTON FIELDS, LLP**
Mark A. Neubauer, Esq.
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Tel: (310) 843-6300
mneubauer@carltonfields.com
*Attorneys for Defendant*

## CERTIFICATION OF SERVICE

I hereby certify that on March 22, 2022, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Kenneth J. Cesta*
     Kenneth J. Cesta

**CARLTON FIELDS, P.A.**
180 Park Avenue, Suite 106
Florham Park, New Jersey 07932-1054
Telephone: (973) 828-2600
kcesta@carltonfields.com
*Attorneys for Defendant*
*Johnson & Johnson Consumer Inc.*